

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00874-CV

IN THE INTEREST OF R.H., M.D.J., AND M.K., CHILDREN

Appeal from the 300th District Court of Brazoria County.  (Tr. Ct. No. No. 74587).

This case is an appeal from the final judgment signed by the trial court on October 17, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, D.K., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 28, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale.  Opinion delivered by Chief Justice Radack.